UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL B. KHODORKOVSKY,<br><br>       Applicant,<br><br>  v.<br><br>CHEVRON CORPORATION,<br><br>       Respondent. | No. C07-80211 MISC MMC (BZ)<br><br>**DECLARATION OF CUSTODIAN OF RECORDS FOR CHEVRON CORPORATION** |

1.  I,_____, am the custodian of records for Chevron Corporation ("Chevron"), and have been authorized to make this declaration on its behalf.  The documents accompanying this Declaration, which have been numbered _____ to _____, are true and correct copies of the records produced by Chevron pursuant to Order of the Court dated November 7, 2007 in the matter of <u>Khodorkovsky v. Chevron Corporation</u>, Civil Action No. C07-80211 MISC MMC (BZ), pending in the United States District court for the Northern District of California, San Francisco Division.  The documents were obtained by Chevron in 2003 pursuant to due diligence conducted on OAO NK Yukos.

**EXHIBIT A**

2.  The documents bear the following legend as required by the Order: "This document is certified and authentic copy of an original document produced pursuant to an Order of the United States Federal District Court dated November 7, 2007."

3.  I am informed and believe that Chevron has undertaken a reasonably diligent search to locate all documents responsive to the Order, including at locations outside the United States that were likely to contain responsive documents.

I declare under penalty of perjury the laws of the United States that the foregoing is true and correct, and that this declaration was executed on _____, 2007.

_____
                    (Name and Title)

**EXHIBIT A**